IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr352

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| ALONZA LEON CROWDER | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant (Doc. No. 15) to withdraw his motion to suppress (Doc. No. 11).

**IT IS, THEREFORE, ORDERED** that the motion (Doc. No. 15) is **GRANTED** and the hearing previously scheduled for March 26, 2007, at 2 p.m. is cancelled.

Signed: March 26, 2007

Robert J. Conrad, Jr.
Chief United States District Judge